UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ARLIN DONLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLPATH, et al.,<br><br>    Defendants. | No. 1:23-cv-01740-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(Doc. Nos. 10, 13) |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

    On February 26, 2024, the Court screened Plaintiff's complaint, found that Plaintiff stated a cognizable deliberate indifference claims against Dr. Gustavian, Medina, Debbie, Eva, Michelle, Maria, Chloe, Alejandra, Victoria, Libby, and Jane Doe, and granted Plaintiff thirty days to file an amended complaint or notify the Court of intent to proceed solely on the deliberate indifference claim. (ECF No. 10.) After receiving an extension of time, Plaintiff has failed to respond to the Court's February 26, 2024, screening order and the time to do so has passed. Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

    Accordingly, it is HEREBY ORDERED that:

1

1. Within **fourteen (14)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

2. Failure to comply with this order will result in a recommendation to dismiss this action, without prejudice, for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **April 8, 2024**

_____
UNITED STATES MAGISTRATE JUDGE