UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ARLIN DONLEY, | No.  1:23-cv-01740-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | Doc. 47 |
| WELLPATH MEDICAL, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 8, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants Alejandra, Chloe, and Libby be dismissed from the action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Doc. 47.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service.  *Id.* at 3.  No objections were filed, and the deadline to do so has expired.

///

///

1

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 8, 2025, Doc. 47, are adopted in full.

2. Defendants Alejandra, Chloe, and Libby are dismissed from the action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:    January 15, 2026

_____
UNITED STATES DISTRICT JUDGE

2