UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ARLIN DONLEY, | No.  1:23-cv-01740-KES-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES |
| v. | |
| WELLPATH, et al., | (ECF Nos. 55, 56) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On April 30, 2026, Defendants California Forensic Medical Group, Inc, etc, filed a motion to extend the discovery and dispositive motion deadlines, in which the County of Madera Defendants joined.  (ECF Nos. 55, 56.)

Good cause having been presented, it is HEREBY ORDERED that:

1.    The discovery deadline is extended to **August 31, 2026**; and

2.    The dispositive motion deadline is extended to **November 10, 2026**.

IT IS SO ORDERED.

Dated:   **May 1, 2026**                                    _____

STANLEY A. BOONE
United States Magistrate Judge

1