UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHAWN ARLIN DONLEY,

Plaintiff,

v.

WELLPATH, et al.,

Defendants.

No. 1:23-cv-01740-KES-SAB (PC)

ORDER GRANTING COUNTY DEFENDANTS MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES

(ECF No. 67)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is County Defendants motion to extend the discovery and dispositive motion deadlines, filed August 26, 2026. (ECF No. 67.) The Court deems the motion appropriate for submission without the need for an opposition.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to **December 29, 2026**, and the dispositive motion deadline is extended to **March 10, 2027**.

IT IS SO ORDERED.

Dated: **August 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge