UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ARLIN DONLEY,<br>Plaintiff,<br>v.<br>WELLPATH, et al.,<br>Defendants. | No. 1:23-cv-01740-KES-SAB (PC)<br>ORDER REGARDING DEFENDANTS' REQUEST FOR CLARIFICATION<br>(ECF No. 69) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for clarification of the Court's August 27, 2026 order. (ECF No. 69.)

On August 27, 2026, the Court granted the County of Madera Defendants motion to extend the discovery and dispositive motion deadlines. (ECF Nos. 67, 68.) Wellpath Medical Defendants state that they intended to file a joinder in the County of Madera Defendants motion, but before moving to do so the Court granted the motion. (ECF No. 69.)

On the basis of good cause, it is HEREBY ORDERED that the extended deadlines to complete discovery and file a dispositive motion applies to ALL parties in this action.

IT IS SO ORDERED.

Dated: **August 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge